**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELINO BAND OF MISSION INDIANS, SUSAN FRANK, DEBRA McINTIRE, DOROTHY MATHEWS, VALKYRIE HOUSTON, AND ALL ENROLLED MEMBERS,<br><br>            Plaintiff,<br><br>     v.<br><br>DIRK KEMPTHORNE, AS SECRETARY OF THE INTERIOR OF THE UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR,<br><br>            Defendants. | Case No. CV 07-7063-VAP (VBKx)<br><br>**JUDGMENT OF DISMISSAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>July 29, 2008</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge